IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM TIERNO, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 2:25-206 |
| ) | Judge Nora Barry Fischer |
| SUPERINTENDENT MARK BROTHERS, ) | Magistrate Judge Keith Pesto |
| PA PAROLE BOARD, ) | |
| ) | |
| Respondents. ) | |

**<u>MEMORANDUM ORDER</u>**

AND NOW, this 21st day of January, 2026, upon consideration of the Report and Recommendation filed by United States Magistrate Judge Keith A. Pesto on March 25, 2025, (Docket No. 3), recommending that the § 2254 habeas petition filed by Petitioner William Tierno against Superintendent Mark Brothers and the PA Parole Board, wherein he alleges that he was granted parole but his release was being delayed by the Department of Corrections, be denied, as moot, given his subsequent release from custody on parole, and the separate Order stating that objections shall be filed by April 14, 2025, (Docket No. 4), no objections having been filed as of the date of this Order, the matter having been reassigned to the undersigned for prompt disposition, and upon independent review of the record and de novo consideration of the Magistrate Judge's Report and Recommendation of March 25, 2025, (Docket No. 3), which is ADOPTED as the opinion of this Court,

IT IS HEREBY ORDERED that the Petition (Docket No. 1) is DISMISSED, as moot, for the reasons set forth in the Report and Recommendation. *See e.g.*, *Malik v. Warden Loretto FCI*, No. 23-2281, 2024 WL 3649570, at *2 (3d Cir. Aug. 5, 2024) ("Because Malik had been released

to prerelease custody, his request for release to such custody was moot."); *Lee v. Superintendent Greene SCI*, No. 15-2412, 2016 WL 11786206, at *1 (3d Cir. Jan. 13, 2016) (denying certificate of appealability to petitioner regarding habeas petition challenging denial of parole because he was released from custody on parole and did not show any collateral consequences such that his petition was moot); *Fitzgerald v. Pennsylvania Board of Probation and Parole*, 2024 WL 4755397, at *2 (W.D. Pa. Oct. 31, 2024) ("Fitzgerald is no longer incarcerated. He was granted parole in July 2024 and was released to parole in October 2024. Accordingly, there is no relief that this Court can provide to him and this habeas case is now moot.");

IT IS FURTHER ORDERED that no certificate of appealability shall issue as Petitioner has not made a substantial showing of a denial of a Constitutional right; and,

FINALLY, as this case was administratively closed due to Petitioner's failure to pay the necessary filing fee nor submit a motion for in forma pauperis status, this case shall remain CLOSED.

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: Magistrate Judge Keith A. Pesto

cc:   WILLIAM TIERNO
      MC2031
      SCI PINE GROVE
      189 FYOCK ROAD
      INDIANA, PA 15701 (via first class mail)